**Jesus MAGANA, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden, Respondent–Appellee.**

No. 12–7914.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 25, 2013.

Jesus Magana, Appellant Pro Se. Helen Campbell Altmeyer, Jarod James Douglas, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesus Magana, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Magana v. O'Brien,* No. 2:12–cv–00027–JPB–DJJ, 2012 WL 5331857 (N.D.W.Va. Oct. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*